UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE S POWELLS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPT OF CORRECTION et al,<br><br>　　　　Defendant.<br>_____/ | Case Number: CV07-04065 MJJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adrienne S. Powell
Salinas Valley State Prison
Prisoner Id T-81990
P.O. Box 1050
Soledad, CA 93960-1050

Dated: September 27, 2007

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　By: R.B. Espinosa, Deputy Clerk