IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE S. POWELL, a.k.a. ORLANDO S. POWELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MIKE EVANS, et al.<br><br>　　　　Defendants.<br>_____ | No. C 07-4065 MJJ (PR)<br><br>**ORDER GRANTING MOTION TO AUGMENT RECORD; INSTRUCTIONS TO CLERK**<br><br>**(Docket No. 9)** |

　　　Good cause appearing, plaintiff's motion to "augment the record," in which he requests that the name "Orlando S. Powell" be added to the docket as an alias, is GRANTED. The clerk shall add the name as an alias to the docket

　　　This order terminates Docket No. 9.

　　　IT IS SO ORDERED.

DATED: 10/23/07                                          _____
　　　　　　　　　　　　　　　　　　　　　　　　MARTIN J. JENKINS
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\MJJ\CR.07\powell.mot.wpd