1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  TRACE O. MAIORINO, State Bar No. 179749
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5975
     Fax:  (415) 703-5843
8    Email:  Trace.Maiorino@doj.ca.gov

9  Attorneys for Defendants Munger, Galloway, Maciel,
   Partida, Noland, Hatton, Evans, and Variz[1/]
10

11
                    IN THE UNITED STATES DISTRICT COURT
12
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

15  **ADRIENNE S. POWELL,**                      C 07- 4065 MJJ

16                                 Plaintiff,     **DEFENDANTS' WAIVER OF
                                                  REPLY;**
17          v.
                                                  **DEMAND FOR JURY TRIAL**
18  **MIKE EVANS, et al.,**

19                                 Defendants.

20

21          TO ADRIENNE S. POWELL, IN PRO SE:

22          PLEASE TAKE NOTICE THAT Defendants Munger, Galloway, Maciel, Partida, Noland,

23  Hatton, Evans, and Variz (Defendants) waive their right to reply to the complaint under 28

24  U.S.C. § 1997e(g).  That section provides that:

25          (1) Any defendant may waive the right to reply to any action brought by a

26  _____

27          1. To the best knowledge of the Attorney General's Office, Defendants Dansby, Powell,
    Thomas, Mendoza, and Overstreet have not been served with a summons or complaint in this action.
28  No appearance is made on behalf of Defendants Dansby, Powell, Thomas, Mendoza, and Overstreet.

Defs.' Waiver Reply & Demand Jury Trial                          *A. Powell v. M. Evans, et al.*
                                                                 C 07- 4065 MJJ

1    prisoner confined in any jail, prison, or other correctional facility under
     section 1983 of this title or any other Federal law.  Notwithstanding any
2    other law or rule of procedure, such waiver shall not constitute an admission
     of the allegations contained in the complaint.  No relief shall be granted to
3    the plaintiff unless a reply has been filed.

4        (2)  The court may require any defendant to reply to a complaint brought under this
         section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits.
5    *Id.*

6        In addition, Defendants demand a trial by jury in this case.

7        Dated:  October 30, 2007

8                                Respectfully submitted,

9                                EDMUND G. BROWN JR.
                                 Attorney General of the State of California

10                               DAVID S. CHANEY
                                 Chief Assistant Attorney General
11
                                 FRANCES T. GRUNDER
12                               Senior Assistant Attorney General

                                 THOMAS S. PATTERSON
13                               Supervising Deputy Attorney General

14

15

16
                                 TRACE O. MAIORINO
17                               Deputy Attorney General
                                 Attorneys for Defendants Munger, Galloway, Maciel, Partida,
18                               Noland, Hatton, Evans, and Variz

19

20   20111586.wpd
     SF2007200848
21

22

23

24

25

26

27

28

Defs.' Waiver Reply & Demand Jury Trial                    *A. Powell v. M. Evans, et al.*
                                                           C 07- 4065 MJJ

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **A. Powell v. M. Evans, et al.**

No.:    **C 07- 4065 MJJ**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **October 30, 2007**, I served the attached

### DEFENDANTS' WAIVER OF REPLY;
### DEMAND FOR JURY TRIAL

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Adrienne S. Powell (aka Orlando)**
**T-81990**
**Salinas Valley State Prison**
**P.O. Box 1020**
**Soledad, CA 93960-1020**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **October 30, 2007**, at San Francisco, California.

| M.M. Argarin | |
| --- | --- |
| Declarant | Signature |

20111620.wpd