IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE S. POWELL, a.k.a. ORLANDO S. POWELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE EVANS, et al. )<br>)<br>Defendants. )<br>_____ | No. C 07-4065 MJJ (PR)<br><br>**ORDER REFERRING CASE TO PRO SE PRISONER MEDIATION PROGRAM; STAYING CASE; INSTRUCTIONS TO CLERK** |

Plaintiff, a California prisoner proceeding pro se and incarcerated at Salinas Valley State Prison ("SVSP"), filed this civil rights action under 42 U.S.C. § 1983. After a review of the complaint, the Court found plaintiff's allegations, liberally construed, stated cognizable claims against SVSP officials for a violation of his Eighth Amendment right to be free from cruel and unusual punishment. On September 27, 2007, the Court ordered the complaint served upon defendants, and directed defendants to file an answer. Defendants have filed a waiver of reply pursuant to 28 U.S.C. § 1997e(g).

In the September 27, 2007 Order of Service, the Court found the case suitable for mediation proceedings and indicated that upon the defendants' filing of an answer, the case would be referred to the Pro Se Prisoner Mediation Program. As defendants have now appeared in this matter, and good cause appearing, the instant case will be referred to Magistrate Judge Vadas for mediation proceedings pursuant to the Pro Se Prisoner Mediation

G:\PRO-SE\MJJ\CR.07\powell.med.wpd

1  Program.  The proceedings will consist of one or more conferences as determined by the
2  mediator.  The proceedings shall take place within 90 days of the date this order is filed.
3  Magistrate Judge Vadas shall coordinate a time and date for the mediation proceedings with
4  all interested parties and/or their representatives and, within 5 days after the conclusion of the
5  mediation proceedings, file with the court a report for the prisoner mediation proceedings.
6        For the foregoing reasons and for good cause shown,
7        1.    The clerk shall mail a copy of the court file, including a copy of this order, to
8  Magistrate Judge Vadas in Eureka, California.
9        2.    This action, including the dispositive motion schedule, is hereby STAYED
10 until further order of the court, if necessary, following completion of the mediation
11 proceedings outlined above.
12       IT IS SO ORDERED.

14 DATED:   11/06/07   _____
15                                    MARTIN J. JENKINS
                                   United States District Judge

**United States District Court**
For the Northern District of California

G:\PRO-SE\MJJ\CR.07\powell.med.wpd      2