1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  TRACE O. MAIORINO, State Bar No. 179749
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5975
    Fax:  (415) 703-5843
8   Email:  Trace.Maiorino@doj.ca.gov

9  Attorneys for Defendants Munger, Galloway, Maciel,
   Partida, Noland, Hatton, Evans, and Variz[1/]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADRIENNE S. POWELL,<br><br>                                 Plaintiff,<br><br>  v.<br><br>MIKE EVANS, et al.,<br><br>                                 Defendants. | C 07- 4065 MJJ<br><br>**NOTICE OF UNAVAILABILITY** |

TO PLAINTIFF ADRIENNE S. POWELL, IN PRO SE:

Please take notice that from November 19, 2007 through December 17, 2007, inclusive, Trace O. Maiorino will be unavailable for any purpose whatsoever, including but not limited to receiving notices of any kind, responding to ex parte applications, responding to discovery

///

___

1.  To the best knowledge of the Attorney General's Office, Defendants Dansby, Powell, Thomas, Mendoza, and Overstreet have not been served with a summons or complaint in this action. No appearance is made on behalf of Defendants Dansby, Powell, Thomas, Mendoza, and Overstreet.

1 | requests, appearing in Court, or attending depositions.

2 | Dated: November 16, 2007

3 | Respectfully submitted,

4 | EDMUND G. BROWN JR.
Attorney General of the State of California

5 | DAVID S. CHANEY
Chief Assistant Attorney General

6 | FRANCES T. GRUNDER
Senior Assistant Attorney General

7 | THOMAS S. PATTERSON
Supervising Deputy Attorney General

*/s/ Trace Maiorino/*

TRACE O. MAIORINO
Deputy Attorney General
Attorneys for Defendants Munger, Galloway, Maciel, Partida, Noland, Hatton, Evans, and Variz

20113097.wpd
SF2007200848

Not. Unavailability

A. Powell v. M. Evans, et al.
C 07- 4065 MJJ

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   A. Powell v. M. Evans, et al.

No.:   C 07- 4065 MJJ

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **November 19, 2007**, I served the attached

### NOTICE OF UNAVAILABILITY

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

**Adrienne S. Powell (aka Orlando)**
**T-81990**
**Salinas Valley State Prison**
**P.O. Box 1020**
**Soledad, CA  93960-1020**
Pro Per
T-81990

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **November 19, 2007**, at San Francisco, California.

| T. Oakes | _[signature]_ |
|---|---|
| Declarant | Signature |

40188018.wpd