```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  DAVID S. CHANEY
    Chief Assistant Attorney General
 3  FRANCES T. GRUNDER
    Senior Assistant Attorney General
 4  THOMAS S. PATTERSON
    Supervising Deputy Attorney General
 5  TRACE O. MAIORINO, State Bar No. 179749
    Deputy Attorney General
 6   455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
 7   Telephone: (415) 703-5975
     Fax: (415) 703-5843
 8   Email: Trace.Maiorino@doj.ca.gov

 9  Attorneys for Defendants Munger, Galloway, Maciel,
    Partida, Noland, Hatton, Overstreet, Evans, and Variz[1/]
10
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADRIENNE S. POWELL,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MIKE EVANS, et al.,<br><br>　　　　　　　Defendants. | C 07- 4065 MJJ<br><br>**DEFENDANT OVERSTREET'S WAIVER OF REPLY;**<br><br>**DEMAND FOR JURY TRIAL** |

TO ADRIENNE S. POWELL, IN PRO SE:

PLEASE TAKE NOTICE THAT Defendant Overstreet waives his right to reply to the complaint under 28 U.S.C. § 1997e(g). That section provides that:

> (1) Any defendant may waive the right to reply to any action brought by a prisoner confined in any jail, prison, or other correctional facility under section 1983 of this title or any other Federal law. Notwithstanding any

_____

1. To the best knowledge of the Attorney General's Office, Defendants Dansby, Powell, Thomas, and Mendoza have not been served with a summons or complaint in this action. No appearance is made on behalf of Defendants Dansby, Powell, Thomas, and Mendoza.

Def. Overstreet's Waiver Reply & Demand Jury Trial　　　　　　　　　　　　A. Powell v. M. Evans, et al.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　C 07- 4065 MJJ

1

other law or rule of procedure, such waiver shall not constitute an admission of the allegations contained in the complaint. No relief shall be granted to the plaintiff unless a reply has been filed.

(2) The court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits.

Id.

In addition, Defendant demands a trial by jury in this case.

Dated: January 18, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

THOMAS S. PATTERSON
Supervising Deputy Attorney General

*/s/ Trace O. Maiorino*

TRACE O. MAIORINO
Deputy Attorney General
Attorneys for Defendants Munger, Galloway, Maciel, Partida, Noland, Hatton, Overstreet, Evans, and Variz

Def. Overstreet's Waiver Reply & Demand Jury Trial

A. Powell v. M. Evans, et al.
C 07- 4065 MJJ

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   A. Powell v. M. Evans, et al.

No.:   C 07- 4065 MJJ

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **January 18, 2008**, I served the attached

**DEFENDANT OVERSTREET'S WAIVER OF REPLY;**

**DEMAND FOR JURY TRIAL**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Adrienne S. Powell (aka Orlando), T-81990**
**Salinas Valley State Prison**
**P.O. Box 1020**
**Soledad, CA 93960-1020**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **January 18, 2008**, at San Francisco, California.

_____        _____
          T. Oakes                             Signature
         Declarant

40208334.wpd