IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADRIENNE S. POWELL,<br><br>Plaintiff,<br><br>v.<br><br>MIKE EVANS, et al.,<br><br>Defendants. | C 07- 4065 MJJ<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |

Defendants Munger, Galloway, Maciel, Partida, Noland, Hatton, Overstreet, Evans, and Variz (Defendants) filed a Motion to Dismiss pursuant to the nonenumerated portion of Rule 12(b) of the Federal Rules of Civil Procedure based on Plaintiff's failure to exhaust his administrative remedies before filing suit. 42 U.S.C. § 1997e(a).

This Court having considered the Motion to Dismiss, the supporting declarations and exhibits, the opposing and reply papers, the Court's files, and for good cause appearing, grants Defendants' Motion to Dismiss.

IT IS ORDERED THAT this action is dismissed without prejudice.

Dated: _____

THE HONORABLE MARTIN J. JENKINS
U.S. District Court Judge