1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  TRACE O. MAIORINO, State Bar No. 179749
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
7  Telephone:  (415) 703-5975
   Fax:  (415) 703-5843
8  Email:  Trace.Maiorino@doj.ca.gov

9  Attorneys for Defendants Munger, Galloway, Maciel,
   Partida, Noland, Hatton, Evans, and Variz

10

11

12               IN THE UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15  **ADRIENNE S. POWELL,**                    C 07- 4065 MJJ

16                              Plaintiff,    **DEFENDANTS' REQUEST
                                              FOR LEAVE TO FILE**
17         v.                                 **DISPOSITIVE MOTION;
                                              [PROPOSED] ORDER**
18  **MIKE EVANS, et al.,**

19                             Defendants.

20

21         In its September 27, 2007 Order of Service, the Court found the case suitable for mediation

22  proceedings.  Defendants filed a waiver of reply on October 30, 2007.  On November 6, 2007,

23  the Court referred this case to the Pro Se Prisoner Mediation Program and stayed proceedings in

24  this action including the dispositive motion schedule.  Following a review of pertinent

25  documents in this matter, Defendants believe that a basis for a dispositive motion exists in this

26  case.  Defendants seek permission from this Court to file their motion to dismiss for

27  / / /

28  / / /

Defs.' Req. Leave File Dispositive Mot. & Order                    *A. Powell v. M. Evans, et al.*
                                                                   C 07- 4065 MJJ

1  failure to exhaust administrative remedies in lieu of mediation proceedings.

2        Dated:  January 28, 2008

3                            Respectfully submitted,

4                            EDMUND G. BROWN JR.
                             Attorney General of the State of California
5                            DAVID S. CHANEY
                             Chief Assistant Attorney General
6
                             FRANCES T. GRUNDER
7                            Senior Assistant Attorney General

8                            THOMAS S. PATTERSON
                             Supervising Deputy Attorney General
9

10

11

12                           TRACE O. MAIORINO
                             Deputy Attorney General
13                           Attorneys for Defendants Munger, Galloway, Maciel, Partida,
                             Noland, Hatton, Evans, and Variz
14

15                                    **ORDER**

16        The Court's order to refer this matter to the Pro Se Prisoner Mediation Program is vacated.

17   Defendants shall file their motion to dismiss for failure to exhaust administrative remedies

18   forthwith.

19        IT IS SO ORDERED.

20

21

22   Dated:_____        _____
                              THE HONORABLE MARTIN J. JENKINS
23                            United States District Judge

24

25

26

27

28

Defs.' Req. Leave File Dispositive Mot. & Order                    *A. Powell v. M. Evans, et al.*
                                                                   C 07- 4065 MJJ