FILED
JAN 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE S. POWELL, a.k.a.<br><br>Plaintiff,<br><br>v.<br><br>MIKE EVANS, et al.<br><br>Defendants. | No. C 07-4065 MJJ (PR)<br><br>**ORDER STAYING MEDIATION PROCEEDING; SCHEDULING MOTION TO DISMISS; DENYING MOTION TO COMPEL; LIFTING STAY**<br><br>**(Docket No. 23)** |

Plaintiff, a California prisoner proceeding pro se and incarcerated at Salinas Valley State Prison ("SVSP"), filed this civil rights action under 42 U.S.C. § 1983. After a review of the complaint, the Court found plaintiff's allegations, liberally construed, stated cognizable claims against SVSP officials for a violation of his Eighth Amendment right to be free from cruel and unusual punishment. On September 27, 2007, the Court ordered the complaint served upon defendants, and defendants filed a waiver of reply pursuant to 28 U.S.C. § 1997e(g). On November 8, 2007, the case was referred to the Pro Se Prisoner Mediation Program for mediation proceedings before Magistrate Judge Vadas, and the case was stayed pending the outcome of such proceedings. Defendants' counsel has informed the mediator that defendants wish to file a motion to dismiss pursuant to Rule 12(b) of the Federal Rules of Civil Procedure on the grounds that plaintiff's claims are not exhausted. Defendants' counsel has further informed the mediator that settlement will no be possible

G:\PRO-SE\MJJ\CR.07\powell.sch.wpd

1  until resolution of such motion.

2  Accordingly, the Court hereby orders as follows:

3  1. The stay on this case is LIFTED. The mediation proceedings before Magistrate Nandor Vadas are STAYED until resolution of the dispositive motion ordered below.

2. No later than **sixty (60) days** from the date of this order, defendants shall file a motion to dismiss on the grounds plaintiff failed to exhaust his available administrative remedies as required by 42 U.S.C. § 1997e(a) in an unenumerated Rule 12(b) motion pursuant to <u>Wyatt v. Terhune</u>, 315 F.3d 1108, 1119-20 & n.4 (9th Cir. 2003). If defendants fail to timely file such a motion, the mediation proceedings will be scheduled forthwith

3. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on defendants no later than **thirty (30) days** from the date defendants' motion is filed. Plaintiff is hereby cautioned pursuant to <u>Wyatt v. Terhune</u>, 315 F.3d 1108, 1119-20 & n.4 (9th Cir. 2003):

> If defendants file an unenumerated motion to dismiss for failure to exhaust, they are seeking to have your case dismissed. If the motion is granted it will end your case.
> You have the right to present any evidence you may have which tends to show that you did exhaust your administrative remedies. Such evidence may be in the form of declarations (statements signed under penalty of perjury) or authenticated documents, that is, documents accompanied by a declaration showing where they came from and why they are authentic, or other sworn papers, such as answers to interrogatories or depositions.
> If defendants file a motion to dismiss and it is granted, your case will be dismissed and there will be no trial.

4. Defendants <u>shall</u> file a reply brief no later than **fifteen (15) days** after plaintiff's opposition is filed.

5. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion unless the Court so orders at a later date.

6. Discovery may be taken in accordance with the Federal Rules of Civil Procedure. No further court order under Federal Rule of Civil Procedure 30(a)(2) or Local Rule 16-1 is required before the parties may conduct discovery.

7. Plaintiff's motion to compel, filed on November 20, 2007 while this case was

1  stayed, is DENIED.

2      8.    The stay of this case is now LIFTED.

3  This order terminates Docket No. 23.

4  IT IS SO ORDERED.

5  DATED: 1/29/2008

      MARTIN J. JENKINS
      United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ADRIENNE S POWELLS,

    Plaintiff,

v.

CALIFORNIA DEPT OF CORRECTION et al,

    Defendant.
_____/

Case Number: CV07-04065 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adrienne S. Powell
Salinas Valley State Prison
Prisoner Id T-81990
P.O. Box 1050
Soledad, CA 93960-1050

Dated: January 29, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk