IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ADRIENNE S. POWELL,

    Plaintiff

    v.

MIKE EVANS, et al.

    Defendants.

Case No. C 07-4065 MJJ

MOTION FOR
APPOINTMENT
OF COUNSEL

Pursuant to 28 U.S.C. § 1915 (e)(1) plaintiff moves for an order appointing counsel to represent her in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. She has requested leave to proceed In Forma Pauperis.

2. Plaintiffs' imprisonment will greatly limit her ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited to no access to the law library and limited knowledge of the law.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

(1)

4. Plaintiff has made efforts to obtain a lawyer. Attached to this motion is a letter from Lieff, Casraser, Heimann & Bernstein, LLP, concerning their inability to represent me in this matter.

WHEREFORE, plaintiff request that the court appoint counsel, a member of the California Bar, as counsel in this case.

Date:

Signature:

Address:

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

ATTORNEYS AT LAW

KENT L KLAUDT

EMBARCADERO CENTER WEST
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
TELEPHONE: (415) 956-1000
FACSIMILE: (415) 956-1008
mail@lchb.com
www.lchb.com

NEW YORK
NASHVILLE

July 25, 2007

*PRIVILEGED AND CONFIDENTIAL ATTORNEY CONSULTATION*

Adrienne S. Powell T-81990
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960-1050

Re:    Potential case inquiry re: your civil rights claim.

Dear Mr. Powell,

I am writing in response to your inquiry regarding violations of your civil rights. Lieff, Cabraser, Heimann & Bernstein, LLP will be unable to represent you in connection with this matter.

Other attorneys may have a different opinion about this potential case and we encourage you to consult with other counsel promptly if you choose to pursue this matter, so that any rights you may have are not damaged or lost due to the passage of time.

I encourage you to contact any of the following resources, regarding this matter: The UC Davis Prison Law Clinic; Alex Lee from the TGI (Transgender, Gender Variant and Intersex) and Justice Project, an organization which works specifically with transgender prisoner issues; and The National Center for Lesbian Rights.

The UC Davis Prison Law Clinic
UC Davis School of Law
One Shields Avenue--Building TB30
Davis, CA 95616-5201
telephone: (530) 752-6942

Alexander Lee, Esq.
TGI JP
1322 Webster Street, Suite 210
Oakland, CA 94612

720974.1

Adrienne S. Powell T-81990
July 25, 2007
Page 2

Fax: 510-839-7615
Email: alex@tgijp.org

National Center for Lesbian Rights
ATTN: Shannon Minter
870 Market St., Suite 370
San Francisco, CA 94102
Phone: 415.392.6257
Fax: 415.392.8442
Email: info@nclrights.org

Jean Heims
BOXER & GERSON
300 Frank H. Ogawa Plaza, Suite #500
Oakland, CA 94612
telephone: (510) 835-8870

Thank you for contacting Lieff, Cabraser, Heimann & Bernstein. I wish you the best of luck with this potential claim.

Sincerely,

Kent Klaudt

KK:ER

# CERTIFICATE OF MAILING
## CCP SEC. 1013(a)

I hereby certify that I am a party to the within stated cause and that on February 03, 2008 I deposited a true and correct copy of the following documents:

Motion For Appointment of Counsel, in a sealed envelope with postage thereon fully prepaid, in the hands of Correctional Staff, to be placed in a U.S. Postal Service Mailbox, addressed as follows:

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102.

I declare under penalty of perjury, under the laws of the state of California, that the foregoing is true and correct and that this declaration was executed on February 03, 2008 at Salinas Valley State Prison, in Soledad, California.

Date: February 03, 2008          Signature: _Adrian L. Powell_