IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

US FEB 19 PM 1: 58

ADRIENNE S. POWELL
  Plaintiff,

        v.

MIKE EVANS, et al.,
  Defendants.

Civil No. C 07- 4065 MJJ

MOTION FOR AN ORDER COMPELLING
DISCOVERY

Plaintiff move the court for an ORDER pursuant to Rule 37(a) of the Fed-
eral Rules of Civil Procedures, compelling the defendants to produce for
inspection and for coping the documents requested. Plaintiff submitted a
a written request for these documents, pursuant to Rule 34 of the Federal
Rules of Civil Procedures on October 17,2007, but have not yet received the
documents.

Plaintiff also move for an order pursuant to Rule 37(a)(4) requiring
the afore said defendants to pay Plaintiff the sum of $150.00 as reasonable
expenses in obtaining this order, on the grounds that the defendants' refusal
to produce the documents had no substantial justification.

Date: February 14, 2008

Signature: Adrienne S. Powell

Plntf's 2nd Request Compelling Discovery/ Production of Documents

1                 IN THE UNITED STATES DISTRICT COURT

2               FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4 ADRIENNE S. POWELL                    Civil No. C 07- 4065 MJJ
     ·Plaintiff,·

5           v.                PLAINTIFFS' FIRST REQUEST
                                  FOR PRODUCTION OF DOCUMENTS

6 MIKE EVANS, et al.,
   Defendants.

7

8     Pursuant to Rule 34 of the Federal Rules of Civil Procedures, Plaintiff

9 request that the Defendants Mike Evans, et al.. produce for inspection and

10 copying the following documents:

11     1) All written statements and reports, originals and copies idenifiable

12 as reports about the incident on December 24,2006, made by prison and civil-

13 ian employees of the CDCR, and prisoner witnesses.

14     2) Any and all medical reports and records and records of Plaintiff

15 idenifiable as reports about the incident on December 24,2006, including

16 the results of the Sexual Assault/ Rape Kit.

17     3) Any and all rules, regulations, and policies of the CDCR, about

18 housing of transgender/ homosexual inmates.

19     4) The letter that was given to prison officals by the assailant

20 ( Wright T-65802) on December 24,2006.

21     5) The adjudicated Rule Violation Report( CDCR-115) issued to the ass-

22 aint( Wright T-65802) from the incident on December 24,2006.

23 Date: 10-17-07

24 Signature: Adrienne A. Powell

25

26

27

28
   G:/ PRO-SE/ MJJ/ CR.07/ powell