I, __Adrienne S. Powell__ DECLARE:
    Name

C07-4065 MJJ

I AM OVER THE AGE OF 18, ~~AM~~ A PARTY TO THIS ACTION, AND RESIDE/~~AM~~

~~EMPLOYED~~ AT

__Salinas Valley State Prison__
__P.O. Box 1050, Soledad, CA. 93960__ IN __Monterey__ COUNTY
    Address

ON __02/14/08__, __Place in Correctional Staff's hands to__ ~~DEPOSITED IN THE UNITED STATES MAIL AT~~
    Date

__Soledad, California__ A COPY OF THE ATTACHED
    City and State

__Motion For Order To Serve Complaint and__
__Summons To Unserved Defendants By The__ IN A SEALED ENVELOPE WITH
    Title or description of each paper  __A.G.O.__
__2- Motions Compelling Discovery__
POSTAGE FULLY PRE-PAID, ADDRESSED TO:

__Office of the Clerk, U.S. District Court, Northern District of__

__California, 450 Golden Gate Ave., San Francisco, CA. 94102__

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE

OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: __02/14/08__              _Adrienne S. Powell_
                                             SIGNATURE OF DECLARANT

                                            __Adrienne S. Powell__
                                            PRINT NAME OF DECLARANT

[FILED FEB 19 PM 1:59 — U.S. DISTRICT COURT, N.D. CALIFORNIA]