IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ADRIENNE S. POWELL,
Plaintiff

v.

MIKE EVANS, et al.,
Defendants.

Case No. C07-4065 MJJ

Plaintiffs' Opposition To Defendants Motion To Dismiss For Failure To Exhaust Administrative Remedies

Plaintiff, Adrienne S. Powell, hereby move this court to deny the Defendants, Mike Evans, et al., motion to dismiss for failure to exhaust administrative remedies, due to the attached documents that show the administrative remedies were submitted at every review level within 15 working days of receiving the lower levels review in accordance with the guidelines setforth in the CCR Title 15 § 3084.6(c)

## STATEMENT OF FACTS

The inmate appeal in question was stamped "Delivered APR 06, 2007", which was two days prior to when I submitted it to the third level and final review. So when Ms. Grannis's Office refused to process it at that level, it satisfied the exhaustion requirement.

## CONCLUSION

For the reasons stated above, Defendants have failed to show merit to grant their motion to dismiss, as it has been proven that the administrative remedies were exhausted as required before filing this lawsuit. Accordingly, the Defendants motion to dismiss should be denied.

Dated: February 24, 2008

Respectfully Submitted
*Adrienne S. Powell*
Plaintiff

Attached:
Inmate Appeal and Responses at Levels I-III

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

### INMATE APPEALS BRANCH

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



June 13, 2007

POWELL, CDC #T-81990
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

Re: Institution Appeal Log #SVSP 07-00145 Staff Complaint

Dear Mr. POWELL:

The enclosed documents are being returned to you for the following reasons:

An appellant must submit the appeal within 15 working days of the event or decision being appealed, or of receiving a lower level decision in accordance with CCR 3084.6(c).

Your assigned counselor, the Appeals Coordinator, or your Parole Agent can answer any questions you may have regarding the appeals process. Library staff can help you obtain any addresses you need.

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

# SUPPLEMENT PAGE

RE:  Salinas Valley State Prison
     Second Level Reviewer's Response
     Appeal Log #   SVSP- D-07-00145

Date:   2/21/2007

Inmate:  POWELL          CDC:  T81900

**APPEAL ISSUE:** STAFF COMPLAINT

**APPEAL DECISION:** PARTIALLY GRANTED

**APPEAL RESPONSE:** The appellant has filed a Staff Complaint against SVSP staff on D yard alleging staff misconduct. The Informal Level Response and the First Level Response have been waived in accordance with the Departmental Operations Manual (DOM) Section 31140 and Administrative Bulletin #98/10.

The appellant's allegations of misconduct have been referred for investigation. The appellant will be advised of the findings of the investigation upon completion. However, be advised inmates do not dictate staff disciplinary action. In the event that employee misconduct is detected, appropriate corrective or adverse action will be initiated or recommended by administration. However, any personal action taken shall remain confidential and will not be disclosed to inmates, other employees, or the general public.

For the reason cited, your action requested is being **PARTIALLY GRANTED** at the Second Level of Review.

G. Neotti
Chief Deputy Warden (A)
Salinas Valley State Prison

# INMATE APPEAL ROUTE SLIP

To: ~~CDW~~/VARIZ                  Date: February 9, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number **SVSP-D-07-00145** By Inmate <u>POWELL</u>, <u>T81990</u>

Please assign this appeal to appropriate staff for **SECOND** level response.

Appeal Issue: STAFF COMPLAINTS

Due Date: **03/13/2007**

Special Needs:

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level. Begin your response with: GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return to Appeals Office. Appeals that are incomplete will be returned to the responding staff for appropriate completion. Refer to D.O.M. 54100 for instructions.

T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

*[handwritten notation: "No order to I/M close @ 2nd letter"]*

# INMATE APPEAL ROUTE SLIP

**To:** ~~CA2~~ ~~CA1~~

**From:** INMATE APPEALS OFFICE

Date: January 18, 2007

RECEIVED JAN 1 9 2007

RECEIVED FEB - 6 2007 By A

Re: Appeal Log Number **SVSP-D-07-00145** By Inmate **POWELL, T81990**

Please assign this appeal to appropriate staff for **FIRST** level response.

Appeal Issue: STAFF COMPLAINTS

Special Needs:

Due Date: **02/26/2007**
DUE: 2-16-07

STAFF INSTRUCTIONS: **Per Director's Rule 3084.5(f) (2) first level appeal review requires a personal interview with the inmate unless the appeal is granted**. This policy is not within the institution's jurisdiction and cannot be waived. Director's Rule 3084.5(f) (3) provides that a telephonic interview may be conducted if the inmate is not available in person.

Begin response with GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return appeal to the Appeals Office. All first level appeals require signature of the Division Head. Appeals that are incomplete will be returned for appropriate completion.

Refer to D.O.M. 54100 for instructions.

RECEIVED JAN 2 4 2007 By (Complex I issue/staff)

T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

RECEIVED FEB 0 6 2007
RECEIVED
RECEIVED JAN 2 4 2007



**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region: SVSP  D
Log No. 07-00145
Category: 7  CAS  1st

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly. *Staff member violated Rights — Sex. Assaulted by Cellmate*

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Powell, O. | T-81990 | N/A Pending Investigation | D-1-206 |

A. Describe Problem: The Facility A administration and building 2 floor staff [Cpt. Mantel, Lt. Hatton, Sgt. Thomas, Sgt. Galloway, CCI Nolan, CCII Williams, C/o Munger, C/o Mendoza not limited too.], failed to act reasonably to protect me (I/M Powell T-81990) from the occurance of a sexual assault, which constitutes cruel & unusual punishment. The aforemention staff housed me (I/M Powell T-81990) an effiminate pre-operative transgender inmate, with inmate Wright (T-65802) a convicted sex offender. Even after I reported having problems with I/M Wright (T-65802) I was forced to remain cellmates with him due to us signing a six month

If you need more space, attach one additional sheet. (cont'd)

B. Action Requested: With staff misconduct occurring on such a large scale in the chain of command at this institution, I want to be immediately transferred to another institution to assure my safety. And I am requesting 10,000 in damages and stress.

Inmate/Parolee Signature: Orlando A. Powell     Date Submitted: 01/07/07
REC'D JAN 10 2007

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: **BYPASS**

Staff Signature: _____     Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

Signature: _____     Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 1-10-07   Due Date: 2-26-07
Interviewed by: _____

_____

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved:                                   Returned
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

Signature: _____ Date Submitted: _____

Second Level  ☐ Granted  ☒ P. Granted  ☐ Denied  ☐ Other
G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 2/9/07   Due Date: 3/13/07
☒ See Attached Letter

Signature: _____ Date Completed: 2-21-07
Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

I am still being housed at this institution (Salinas Valley State Prison) and there is not $10,000 in my trust account. I do not understand how this appeal is said to be "granted in part. I still am concerned that I may be subjected to retaliation by staff. I am still being held in Administrative Segregation.

Signature: Orlando A. Powell   Date Submitted: April 08, 2007

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
☐ See Attached Letter
                                                                Date: _____
CDC 602 (12/87)

compatible living agreement, although I was unaware of his sexual assault conviction, by Sgt. Thomas, Sgt. Galloway c/o's Munger & Mendoza. This violated CCR Tit 15 § 3271 ~~employees~~ Responsibility of Employees. As a result of the aforementioned staff's negligence, I was sexually assaulted by I/M Wright (T-65802) on 12/24/06. I was then placed on a psychiatric evaluation until 12/29/06 at that time I was placed in Ad-Seg pending investigation. I know that the aforementioned staff should have been aware of his sexual offense/s because this information is to be documented in an inmate: such as Wright (T-65802) Central-file [CCR. Tit 15 §§ 3375.(g)(10)(I) § 3375.2 (b)(22) & 3377.1 (b)]. Further, it is recommended that staff consult inmates Central-file to assist in dealing with and understanding inmates in ~~the~~ CDC&R's custody.

## CITIZEN'S COMPLAINT

You have the right to make a complaint against a police officer [this includes a departmental peace officer], for any improper police [or peace] officer conduct. California law requires this agency to have a procedure to investigate citizens' [or inmates'/parolees'] complaints. You have a right to a written description of the procedure. This agency may find after investigation that there is not enough evidence to warrant action on your complaint; even if that is the case, you have the right to make the complaint and have it investigated if you believe an officer behaved improperly. Citizen [or inmate/parolee] complaints and any reports or findings relating to complaints must be retained by this agency for at least five years.

It is against the law to make a complaint that you know to be false. If you make a complaint against an officer knowing it is false, you can be prosecuted on a misdemeanor charge. [An inmate/parolee who makes a complaint against a departmental peace officer, knowing it is false may be issued a serious disciplinary rule violation in addition to being prosecuted on a misdemeanor charge]

name: Orlando S. Powell   CDC#: T-81990   signature: Orlando S. Powell   date: 01/07/07