FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADRIENNE S. POWELL ) NO. C 07-4065 MJJ (PR)
a.k.a. Orlando S. Powell )
  Plaintiff, )
v. ) **PLAINTIFFS DECLARATION**
MIKE EVANS, ET AL. )
  Defendants. )

Declaration under the penalty of perjury of Adrienne S. Powell, being competent to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. § 1746:

1) On July 11, 2005, I was seen by the Unit Classification Committee (UCC), after I filed an inmate appeal (602) concerning my being housed at SVSP, due to my sexual orientation and effeminate appearance. (Exhibit 1) The UCC reviewed the case factors and recommended that I be transferred to California's Medical Facility (CMF). (Exhibit 2)

2) On August 05, 2005, I was issued a 128-B chrono, by the Health Care Manager, also recommending I be transferred to CMF, due to concerns of my safety because of my "Physical

G:\PRO-SE\MJJ\CR.07\powell. (1)

Appearance"(breast augmentations). (Exhibit3)

3) In October,2005, I was seeen by UCC, again, and informed that being transferred to CMF was an option, due to my classification score. At that time, I requested to be housed on the Sensitive Needs Program.

4) On January10,2006, I was assaulted by an inmate after showering.

5) On February 05,2006, I submitted a letter to the Director of Corrections concerning my housing at SVSB and safety concern due to my appebrance and sexual orientation.

6) On March 13,2006, I was sent a letter from Martin Overstreet, who simply told me to adddress the issue at my annual review.(EXHIBI

7) On August18,2006, I was again assaulted by an inmate that I was cellmates with. My jaw was fractured as a result of this assault.(Exhibit5)

8) On August 28,2006, I filed a 602, requesting to be re-housed on Facility B. as a reasonable act of protection from any possible future assaults. T. Variz, cancelled and dismissed my 602 for "Failure to cooperate". (EXHIBIT6)

9) On November4,2006, I was housed with an inmate that was a convicted Sex Offender.

10) On December6,2006, I informed several staff members( named xm as Defendants), that this inmate had begun to be verbally and physically aggressive towards me. I was told that I would be moved, but it never happened.

11) On December 17,2006, I screamed from my cell to the floor staff( named Defendants) for assistance. I explained to them that this cellmate threatened me. They left the cell and did

G:\PRO-SE\MJJ\CR.07\powell     (2)

nothing about it.

12) On December 19, 2006, this cellmate got into an argument with a Correctional Officer (named Defendant). I told this C/O that my cellmate and I had an argument, and I wanted to be moved. Again nothing was done.

13) On December 23, 2006, I told my cellmate that one of us had to move, and he stated that he would. At approximately 1:00 a.m. on December 24, 2006, this cellmate began to physically and sexually assault me. I reported this assault the next morning to staff. (Exhibit 7)

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~October 17, 2007 A.A.P~~ February 24, 2008

*Adrienne A. Powell*
DECLARANT

G:\PRO-SE\MJJ\CR.07\powell

**62080.10     Supportive Care**

Category "K"

Inmates with pronounced social inadequacies due to mental retardation and/or developmental disabilities that preclude general population placement shall be designated Category "K". These inmates shall have a DSM III-R Axis V diagnosis concomitant with a Global Assessment Function Score of 50 or less.

This category shall be provided at CMC-E, CMF and CIW. Male inmates with this designation who are assaultive or otherwise a management problem shall be housed at CMF.

**62080.11     Psychiatric Diagnostic Program**

Category "X"

Category X is a 90-day evaluation program ordered by the BPT for specific psychiatric or psychological assessment. Inmates shall be endorsed for Category X and return to the sending institution. FAX approval is required prior to transfer.

**62080.12     Psychiatric Milieu Outpatient**

Category "T"

Male inmates with identified psychiatric problems requiring outpatient group therapy or individual psychotherapy in a structured environment shall be designated Category "T". Normal participation in this program shall not exceed 12 months, and upon completion of the program, inmates are expected to return to the sending institution or transfer to another institution, if the sending institution is no longer appropriate.

Category "T" is provided only at CMC and is normally limited to those cases recommended by the BPT. FAX approval by Classification Services is required prior to transfer. In addition, Category "T" cases shall be presented to a CSR with a placement recommendation at the completion of or after 12 months in the program, whichever comes first.

**62080.13     Psychiatric Recovered**

Category "U"

Inmates who have recovered from a major illness requiring inpatient or outpatient psychiatric services shall be designated Category "U". A significant period (normally 180 days) of no serious psychiatric symptoms shall be considered evidence of recovery.

Category "U" shall include inmates no longer in need of psychotropic medication and those who are asymptomatic as a result of compliance with psychotropic medication. These inmates may be expected to function within a general population setting.

All inmates classified as Category "U" for a period of two years shall be reviewed for possible reclassification and deletion of the category designation.

**62080.13.1     Inappropriate Category Designation**

Professional differences of opinion regarding an inmate's placement in a psychiatric category may occur amongst clinical staff at an institution. If these differences cannot be resolved informally, the case shall be referred to the institution's Chief Psychiatrist for resolution.

If the differences of opinion occur between clinical staff at separate institutions and agreement cannot be reached, the case shall be referred to the Chief Psychiatrist, Mental Health Services Branch, for resolution.

**62080.14     Effeminate Homosexuals**

Male inmates who are preoperative transsexuals, or active effeminate homosexuals whose appearance and personality make them incompatible with general population housing, shall be presented to a CSR for placement in Category "B". A CDC Form 128-C is not required. Inmates shall not be placed in Category "B" solely on the basis of sexual preference or feminine traits, nor remain in Category "B" longer than their appearance and conduct makes necessary.

This category is provided only at CMF and is intended to provide safe, supportive housing for those likely to be easy victims of sexual assault as well as to avoid the conflict and disruption their presence would create in a general population institution.

**62080.15     Medical and Psychiatric Transfers/ Non-Emergency**

Routine medical/psychiatric transfer requests shall be referred to a CSR with a recommendation from an appropriate classification committee.

Routine transfers for medical/psychiatric reasons generally are to resolve a specific short-term medical problem, psychiatric problem, or evaluation as a "medical/psychiatric return" placement or for special prolonged placement needs.

**62080.15.1     Medical/ Psychiatric and Return**

No medical transfer for evaluation and/or short-term treatment shall be approved until a statement of acceptance has been obtained from the receiving institution's CMO or Chief Psychiatrist as appropriate. If the transfer request is within CDC policy, the CSR shall indicate endorsement in the usual manner. If the inmate is to be returned to the sending institution upon completion of evaluation or treatment, it shall be indicated on the CDC Form 128-G, Classification Chrono, by "Medical (Psychiatric) and Return".

Male inmates serving life without possibility of parole in need of emergency medical/psychiatric care shall be exempted from Departmental Review Board review requirements and shall be presented to a CSR for transfer approval.

**62080.15.2     Department Form 128-C Documentation**

A medical officer's report on a CDC Form 128-C shall be attached defining, in lay language, the medical/psychiatric problem or reason for the evaluation; the relative seriousness of the case; the period of time within which the transfer should be effected; the type of transportation necessary; whether an attendant is required; if any medication or care is necessary while en route; and a statement that acceptance by the receiving CMO/Chief Psychiatrist has been obtained.

**62080.15.3     CSR Review**

The responsibility for locating treatment or specialist resources shall rest with the medical/psychiatric department and not with the CSR. Such transfers shall usually be approved unless there is an extremely serious over-riding reason, in which case the CSR shall consult with the referring CMO or psychiatrist. If after the consultation the CSR determines the endorsement inappropriate, the case shall be discussed with the Chief, CSU, who shall consult with the Assistant Deputy Director, Health Services, to develop a transfer plan.

Inmates transferred for medical/psychiatric reasons may be admitted directly to the hospital, if necessary, pending an evaluation by a physician/psychiatrist.

- Be removed from special (psychiatric evaluation) calendar because:
    - Psychopathology is not significantly related to future criminal behavior and psychiatric opinion will not contribute to release decision.
    - Two or more favorable psychiatric reports (having conclusions favorable for release) have been written within the last three years. The two favorable reports shall have been written by more than one examiner or had psychiatric council review.
    - There have been repeated psychiatric reports describing chronic mental pathology which cannot be expected to change. The conditions under which parole would be possible or become possible shall be spelled out with this recommendation.
- Be considered for transfer to DMH as needing treatment not available in the Department. Recommendations shall state whether it is anticipated that such treatment may result in the inmate being able to be returned to society.

### 54060.23.4    Parole and Release

If the inmate is to be paroled or released, consideration shall be given to the following:

- Violence potential outside a controlled setting in the past considered to have been serious (specify) and at present estimated to increase, decrease, or be comparable. In this context, violence is equated with inflicting physical harm on others or great emotional harm, as by creating fear.
- Conditions of parole such as outpatient clinic (parole or local), halfway house, no alcohol, and other special attention or special supervision needs. Indicate whether evaluator recommends:
    - Mandatory for parole from facility.
    - Necessary after release to parole.
    - Desirable.
- Continuation of medication on parole. Specify name of medication, dosage, frequency, and route of administration.

### 54060.23.5    Contingency Recommendations

Indicate recommendations to the classification committee if parole is denied. If a parole date is set, give pertinent information for the period in the facility prior to parole (e.g., whether further psychiatric evaluation should be made prior to release). Indicate basis for all recommendations.

### 54060.24    Progress Reports

After the report is written, new psychiatric developments in the case shall be reported on CDC Form 128-C and sent to the C&PR for inclusion in the report.

### 54060.25    Psychiatric Evaluations—Life Prisoners

A full psychiatric evaluation on life prisoners shall be prepared for all initial and subsequent parole hearings. An evaluation shall be prepared for any rescission hearing based on psychiatric problems or assaultive/sexual behavior. Inmates shall be retained on psychiatric referral status unless specifically removed by a BPT panel and the reasons specified in the hearing decision.

### 54060.25.1    Category X

Inmate cases ordered to category X shall be calendared to appear in one year, unless the panel specifically instructs that the inmate be calendared upon completion of the evaluation. Inmates who refuse to cooperate with a requested evaluation shall also be retained on psychiatric referral status and calendared on the one-year schedule.

### 54060.25.2    Distribution

Psychiatric evaluation reports shall be completed and copies distributed to the inmate, their attorney, and the DA at least 15 days before the hearing.

### 54060.26    Gender Dysphoria Treatment

Genetically, male inmates who may have problems of gender dysphoria (an emotional state characterized by anxiety, depression, etc.) may be referred for evaluation and possible treatment to the gender identification unit at CMF. Genetically, female inmates with analogous problems shall be referred to the CMO at CIW.

- Recommendations for treatment or nontreatment shall be determined by a gender committee at CMF. The physician in charge of the gender identify unit shall serve as chairperson and shall be determined by the CMO at CIW.
- Medical staff shall assess prior use of sex hormones.
- Referral for psychological evaluation shall be required only on inmates where the physician has questions regarding the inmate's mental status or the appropriateness of further hormone treatment from the standpoint of psychological factors.
- If discontinuation of hormones is considered, medical staff shall assess the risk for negative consequences of such discontinuation. The length of prison sentence may be an important consideration. For a male inmate who is going to spend many years incarcerated, it may be realistic to consider the medical consequences of discontinuance. Male inmates transferred from CMF to other facilities shall not be continued on their hormone medication.

Implementation of surgical castration, vaginoplasty, or other such procedures shall be deferred beyond the period of incarceration. Surgical procedure shall not be the responsibility of the Department.

### 54060.27    PC 1170(d) Evaluations

When a request for a PC 1170(d) is received, staff shall prepare a diagnostic study and recommendation. This report, together with the current psychological evaluation if indicated, and a transmittal letter shall be reviewed by the program's Associate Warden. If any staff recommendations are in conflict, the method by which this conflict was resolved shall be described in the transmittal letter to the court. Excluding reception centers and emergencies, inmates shall not be transferred until the PC1170(d) report is completed.

### 54060.28    PC 273(a)(d) and 1203.03 Evaluations

Reception center staff shall prepare a psychiatric/psychological evaluation for each PC 1203.03 case and each inmate who, after observation or based on the information from the county, appears to have a psychiatric problem that may affect facility placement. Prisoners convicted of PC 273(a) (willful cruelty toward child/endangering life, limb, or health) and/or PC 273(d) (inflicting corporal punishment upon a child resulting in traumatic injury) shall undergo a psychiatric/psychological evaluation to determine whether counseling may be recommended as a condition of parole.

State of California                                          California Department of Corrections and Rehabilitation

# APPEAL - FIRST LEVEL REVIEW
## SALINAS VALLEY STATE PRISON

**DATE:** 8/26/05

**NAME:** Inmate Powell   **CDC #**   T-81990

**APPEAL #:** APPEAL LOG #SVSP-B-05-03040

**APPEAL DECISION:** PARTIALLY GRANTED

**SUMMARY OF APPEAL:** Appellant states that due to his trans gender status, medical and psychiatric necessities, he should be housed at Correctional Medical Facility (CMF).

The appellant is requesting on appeal to be considered for transfer to CMF.

**SUMMARY OF INVESTIGATION:** The appellant was interviewed on 7/11/05 by S. Phillips, CCI. During the interview, the appellant specifically stated that he wanted to be transferred to CMF due to his medical necessities. Upon review of case factors, the appellant appears to have had Breast Augmentation. It was also discovered that CMF is the only State Facility that houses pre-op transgenders. Therefore, on 7/11/05 UCC elected to refer the appellant's case to the Classification Services Representative (CSR) recommending transfer to CMF in accordance with DOM 54060.46 Gender Dysphoria Treatment and DOM 62080.14 CAT.B Evaluation due to Breast Augmentation Therapy (Hormones). Refer to attached CDC 128G dated 7/11/05.

During a case conference on 8/26/05 with A. Valdez, Classification & Parole Representative, it was determined that Salinas Valley State Prison's (SVSP) Medical Department confer with CMF Medical Department for the appropriate treatment of the appellant. Based on this conference, SVSP's Medical Department has made multiple attempts to contact the physician previously managing the appellant's care to determine medical transfer. However, SVSP's Medical Department reported to be unsuccessful in its attempts. Refer to attached CDC 128B dated 8/5/05.

Based on this information, the appellant's request for transfer consideration to CMF is partially granted as the case was referred to the CSR and is pending further review by SVSP Medical Department.

**APPEAL RESPONSE:** The appeal is Partially Granted.

If you are dissatisfied with this decision, you may appeal to the Second Level by following the instructions on your appeal form.

_S. Phillips_
S. Phillips
Correctional Counselor I
"B" Facility

_A. Tucker_
A. Tucker
Facility Captain
Salinas Valley State Prison

STATE OF CALIFORNIA                                                                         DEPARTMENT OF CORRECTIONS

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.         Category
1. _____                    1. _____    15
2. _____                    2. _____    CA 1

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

Transfer

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| O. Powell | T-81990 | N/A | B-5/ 109 |

A. Describe Problem: This 602 is addressing both the ICC and CSR Board at CMF's (California Medical Facility) failure to recognize the Administrative Determinate Codes, in which the spaces are available, boxes 158, 162, 166, 170, and 174. Had the Administrative Determinate Codes been reported, concern, or acknowledged, the receiving Institution (Salinas Valley State Prison) would have likely questioned the concern of my SOR (Sexual Orientation) and PSY (Pyschiatric) determinates. My SOR determinate was the reason that I was placed at CMF, in July of 2003 per the decession of the ICC, consisting of J. Solis, CDW; J. Sisk, FC; M. Zaldivar, CCII; and C. Plymesser, CCII at CTF (Central Training Facility), located in my C-file. Instead of making mention of my SOR and PSY, the U/ICC at CMF chose not to utilize the spaces made available for this information, which are partial difference and shows lack of concern or interest in my housing per DOM (Department of Operations Manual) § 54060.46, Gender Dysphoria Treatment; § 62080.14, Effiminate Homosexuals; and/or Special Case Factors. Not to mention CCR Tit 15 § 3004, Rights and Respect of Others; § 3375.2.(a)(1) and 3375.2.(b)(19 & 23) Administrative Determinates, which all should have been concerns as they could be hazardous to the security of the receiving institution and my best interest and concerns of housing safety. CMF is

—SEE ATTACHED SHEET—

If you need more space, attach one additional sheet.

B. Action Requested: I would like to be housed at a facility that has been approved to care for my medical necessities and concerns. I need to be transferred to a facility that have these programs availible and in effect. As I have become established on this line, I am also requesting to be left on this line until my transfer in complete to CMF.

Inmate/Parolee Signature: _Orlando A. Powell_    Date Submitted: 07/07/05

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: I withdraw   O.A. Powell T-81990 7/11/05

REC'D AUG 11 2005

Staff Signature: _____    Date Returned to Inmate: 7/11/05

D. FORMAL LEVEL
DELIVERED AUG 1 2 2005       REC'D JUL 2 5 2005
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

DUPLICATE

| SALINAS VALLEY STATE PRISON MEDICAL CHRONO |||||
|---|---|---|---|---|
| INMATE: | POWELL, ORLANDO | CDC NUMBER: T81990 | HOUSING: | B5-140 L |

Inmate Powell is presently undergoing reconstructive surgery. He was originally at CMF in their special clinc and being followed there. He was transferrd to Salinas Valley State Prison, will continue treatment. However, at this Institution we do not have the capability to manage his medical issue. Although, the appropriate medications are being provided we are unable to continue his major treatment process. Because of the nature of the reconstructive surgery he may be the subject of Physical and Mental abuse by other Inmates. It is therefore, strongly recommended that; 1. He be considered for single cell status and that he be endorsed to return to CMF to continue in the appropriate clinic setting for maintanence and continuation of the appropriate care and treatment. Multiple contacts have been attempted to reach the Physician managing his care in Vacaville, all of which were unsuccessful.

*[signature]*   Date 8/9/05

CHARLES D. LEE, M.D.
Health Care Manager

DATE ORDERED: 08/05/05    CDL/ar    DATE TYPED: 08/08/05

MEDICAL-CDC-128-B

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                                ARNOLD SCHWARZENEGGER, *GOVERNOR*

**DIVISION OF ADULT INSTITUTIONS**
**P.O. Box 942883**
**Sacramento, CA 94283-0001**



March 13, 2006

Orlando Powell T-81990
A4/108
P.O. Box 1050
Soledad, CA. 93960

Dear Mr. Powell:

Your letter dated February 5, 2006, has been referred to me for review and response. In your letter you state your belief that you were transferred from the California Medical Facility (CMF) to Salinas Valley State Prison (SVSP) in error. You believe that your feminine appearance and status as a pre-operative transsexual will cause you to be victimized at a Level IV facility such as SVSP even though you are placed on a Sensitive Needs Yard.

You have attached a copy of the 128-G, detailing the committee action which recommended you for adverse transfer to level IV due to a classification score of 65 resulting from disciplinary reports you received.

This recommendation was directed to a Classification Staff Representative (CSR) for review of appropriateness of the transfer. After a review of your central file the CSR determined that the transfer was in fact appropriate. Your misbehavior at a lower level institution caused your classification score to rise to Level IV. The CSR was disinclined to approve an override of the score to retain you at CMF.

The 128-G also indicated that you are due for an annual program review this month. You should address your concerns to the committee at that time for their consideration.

You have not indicated whether you filed an appeal with regard to the transfer and if so, what the response was to the appeal. You failed to indicate if there is any documented evidence that you have been preyed upon by sexual predators on the Sensitive Needs Yard where you are currently housed. You may also address this subject with the committee at your annual program review.

Hopefully this information has served to clarify the situation for you.

MARTIN OVERSTREET
Correctional Captain
High Security & Transitional Housing
Division of Adult Institutions

| STATE OF CALIFORNIA | | | | DEPARTMENT OF CORRECTIONS AND REHABILITATION | |
|---|---|---|---|---|---|
| CRIME / INCIDENT REPORT<br>PART C- STAFF REPORT<br>CDCR 837-C (Rev. 07/05) | | | PAGE __1__ OF __1__ | INCIDENT LOG NUMBER<br>SVP-FA4-06-08-0522 | |
| NAME: LAST<br>CORE | FIRST<br>J | | MI | DATE OF INCIDENT<br>08/18/06 | TIME OF INCIDENT<br>1500 |
| POST #<br>310322 | POSITION<br>FAC A SGT | YEARS OF SERVICE<br>6 YR. 8 MO. | DATE OF REPORT<br>08/18/06 | LOCATION OF INCIDENT<br>A4/229 | |
| RDO's<br>S/M | DUTY HOURS<br>1400-2200 | DESCRIPTION OF CRIME / INCIDENT<br>BATTERY ON AN I/M W/SBI | | CCR SECTION / RULE<br>3005 (c) | ☐ N/A |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) | |
|---|---|---|---|
| ☐ PRIMARY | (S) INGLE, C/O | (V) POWELL, T81990 | A4/229 |
| ☒ RESPONDER | (S) NEEDHAM, C/O | (S) HOBBS, T72022 | A4/229 |
| ☐ WITNESS | (S) BAPTISTE, C/O | | |
| ☐ VICTIM | | | |
| ☐ CAMERA | | | |

| FORCE USED BY YOU | WEAPONS AND SHOTS FIRED BY YOU | | CHEMICAL AGENTS USE BY YOU | |
|---|---|---|---|---|
| ☐ WEAPON<br>☐ PHYSICAL<br>☐ CHEMICAL<br>☒ NONE | NO:<br>☐ MINI-14 ____<br>☐ 9 MM ____<br>☐ 38 CAL ____<br>☐ SHOTGUN ____ | NO: TYPE:<br>☐ 37MM ____ ____<br>☐ 40 MM ____ ____<br>☐ L8 ____ ____<br>☐ 40 MULTI ____ ____<br>☐ HFWRS<br>☐ BATON | TYPE:<br>☐ OC ____<br>☐ CN ____<br>☐ CS ____<br>☐ OTHER: ____ | |
| FORCE OBSERVED BY YOU<br>☐ WEAPON<br>☐ PHYSICAL<br>☐ CHEMICAL<br>☒ NONE | ☒ N/A | | ☒ N/A | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES<br>☒ NO | ☒ N/A | ☒ N/A | ☐ YES<br>☒ NO | ☐ YES<br>☒ NO |
| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
| ☐ YES<br>☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A<br>☐ UNKNOWN<br>☐ OTHER: ____ | ☐ YES<br>☒ NO |

NARRATIVE:
On Friday, August 18, 2006, at about 1500 hours while performing my duties as Facility A Program Sergeant, I was informed by Correctional Officer J. Ingle that an act of battery on an inmate had occurred in building A4 cell 229. I instructed Officer Ingle to escort the victim, Inmate Powell, T81990, to Facility A Medical for an evaluation. I instructed Officer J. Baptiste and Officer S. Needham to escort Inmate Hobbs, T72022, to the Health Annex and place him in a holding cell for a medical evaluation. Inmate Powell was subsequently sent to NMC for treatment for a fractured jaw. Inmate Hobbs was rehoused in Administrative Segregation for battery on an inmate with SBI.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF<br>/s/ J. Core | TITLE<br>SGT | BADGE # | DATE<br>08/18/06 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED ☐YES ☐NO  CLARIFICATION NEEDED ☐YES ☐NO | DATE |

Distribution:  Original: Incident Package    Copy: Reporting Employee    Copy: Reviewing Supervisor

State of California                                                           Department of Corrections and Rehabilitation

## INMATE / PAROLEE APPEAL SCREENING FORM

INMATE: **Powell**   CDC #: **T81990**   CDC HOUSING: **A4-229**                  CDCR-695

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR REASONS NOTED BELOW OR RETURNED TO MORE INFORMATION OR FOR YOU TO ATTACH SUPPORTING DOCUMENTS.

PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS

- [ ] Requested Action Already Taken
- [ ] Duplicate Appeal; Same Issue
- [ ] Appealing Action Not Yet Taken
- [X] Incomplete Appeal – Documents Not Attached
- [ ] Time Constraints Not Met
- [ ] Cannot Submit On Behalf Of another Inmate
- [ ] Appeal Process Abuse – Inappropriate Statements
- [ ] No Significant Adverse Effect Demonstrated
- [ ] Action / Decision Not Taken By CDCR
- [ ] Action Sought Is Under Sentencing Court Jurisdiction
- [ ] Submit Issue to Assigned Parole Office
- [ ] Appeal Matter to VCGCB
- [ ] DRB Decisions Are Not Appealable
- [ ] Request for Interview; Not an Appeal
- [ ] More than one issue – one issue per appeal

- [ ] Requested Appeal Withdrawn
- [ ] Appeal Previously Received and Processed
- [ ] Incomplete 602 – Complete Next Appropriate Section
- [ ] Incomplete 602 – Sign and Date Appropriate Section
- [ ] Limit of One Continuation Page May Be Attached
- [ ] Incomplete Disciplinary Appeal – Missing Documents*
- [ ] Incomplete Property Appeal – Missing Documents*
- [ ] Failed to Provide Necessary Copies of Chrono(s)*
- [ ] Appeal Process Abuse – Pointless Verbiage
- [ ] May Submit One (1) Non-Emergency Appeal Per Week
- [ ] Attempting to Change Original Appeal Issue
- [ ] Not Authorized to Bypass Any Level
- [ ] Appeal Issue & Reasonable Accommodation Not 1824
- [ ] Do Not Combine Staff Complaints with Other Issues
- [ ] Emergency Not Warranted-CCR 3084.7

[ ] Not a Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362, Health Care Services Form, and send it to the Medical Department for an appointment. *If necessary, sign up for sick call.*

### PLEASE ATTACH AS NOTED BELOW:

- [ ] CDC 115/Hearing Officer's Results
- [ ] CDC 115 with IE/DA information
- [ ] Supplemental Reports to CDC 115
- [ ] CDC 1030 Confidential Disclosure
- [ ] CDC 114D Lockup Order
- [ ] CDC 128G ICC/UCC
- [ ] CDC 128G CSR Endorsement
- [ ] CDC 839/840 Class/Reclass Score Sheet
- [ ] CDC 7219 Medical Report
- [ ] Other: SEE COMMENTS BELOW

- [ ] CDC 128C Medical Chrono
- [ ] CDC 1819 Denied Publications
- [ ] CDC 128 A
- [ ] CDC 128 B
- [ ] CDC 143 Property Transfer Receipt
- [ ] Cell Search Slip
- [ ] Receipts
- [ ] Qtr. Pkg Inventory Slip
- [ ] Trust Account Statement
- [ ] Property Inventory Receipt

**CANCELLED** Q-6-96 per 3084.4(d) refusal to provide supporting documents.

Comments: You may write on back of this form to clarify or respond to the above.

Attach your last UCC 128-G - from 10-27-05

DELIVERED AUG 31 2006

Variz, Correctional Counselor-II
Appeals Coordinator
Salinas Valley State Prison

(Response on Other Side)

Date: 8/29/06

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.* Please return

I have attached the relivent documents to this matter. I never received a copy of the document that you are requesting. If you want this document to justify SVSP officials actions, then you need to supply that document. I have supplied all documents from the dates that I have mentioned. Copies of this appeal and documen have been sent to the courts. For you to refuse to process this document is interferring with the process of justice and I will mention these actions to the Honorable Marla O. Anderson, at the Monterey County Superior Court.

Thank you for doing your job and processing this appeal.

D. Powell T-81990

August 31, 2006

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.                Category  15
1. _____                  1. _____
2. _____                  2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Powell    NUMBER: T-81990    ASSIGNMENT: DRW-A.308 AD3W    UNIT/ROOM NUMBER: A4-229

A. Describe Problem: On August 18, 2006, I was assualted by inmate Hobbs T-72022. As a result of this assualt, I recieved a broken jaw. This type of assualt was forwarned in a 128-G chrono that Dr. Charles D. Lee issued requesting that I be transferred to CMF to avoid this type of assualt. For SVSP officials to have not honored Dr. Lee's recommendation and this type of assualt occurs amounts to negligence, deliberate indifference, and cruel and unusual punishment, in violation of the Eigth Amendment. SVSP officials had knowledge of a substantial risk of serious harm to me and failed to act reasonably and protect me against this type of assualt.

If you need more space, attach one additional sheet.

REC'D SEP 01 2006                    RECEIVED AUG 29 2006

B. Action Requested: I am requesting to be placed on B facility as a reasonable act to protect me from future assualts. Also I request a formal letter of apology & five hundred thousand dollars for SVSP officials allowing me to become a victim of this type of assualt. And not to be punished for their error in judgement (by placing me in Ad-Seg).

Inmate/Parolee Signature: O. Powell            DELIVERED SEP 12 2006    Date Submitted: 08/28/06

DELIVERED AUG 31 2006

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

9-6-06
CANCELLED
per CCR 3084.4(d)
refused to cooprat

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____
_____
_____
_____

Signature: _____                    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed     CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

**STATE OF CALIFORNIA** — **DEPARTMENT OF CORRECTIONS**

# EMERGENCY CARE FLOW SHEET

DATE: 12-24-06
TIME IN: 1515
TIME OUT: 1610

PATIENT NAME (LAST, FIRST): Powell
CDC NUMBER: T89990
HOUSING: A-127
DOB: 9-9-76

TIME OF INCIDENT: 0100-0400
LOCATION OF INCIDENT: in cell
MODE OF ARRIVAL: Amb custody

STAFF NAME (LAST, FIRST):
OCCUPATION:
SEX:
AGE:
DOB:

CHIEF COMPLAINT: Sexual assault
TB CODE:
DATE OF LAST TETANUS: unknown

### MECHANISM OF INJURY
- [ ] STABBING
- [ ] PHYSICAL ALTERCATION
- [ ] GUNSHOT WOUND
- [ ] BURN
- [ ] SPORTS INJURY
- [ ] ON THE JOB INJURY
- [x] OTHER: Sexual assault

### SKIN COLOR
- [x] NORMAL
- [ ] PALE
- [ ] ASHEN
- [ ] CYANOTIC
- [ ] FLUSHED

### SKIN TEMP
- [ ] HOT
- [x] WARM
- [ ] COOL
- [ ] COLD

### SKIN MOISTURE
- [x] NORMAL
- [ ] DRY
- [ ] MOIST
- [ ] PROFUSE

### CAPILLARY REFILL
- [x] < 2 SECONDS
- [ ] > 2 SECONDS
- [ ] NONE

### GLASCOW COMA SCALE
EYE OPENING RESPONSE: SPONTANEOUS (4) / TO VOICE (3) / TO PAIN (2) / NONE (1)
BEST VERBAL RESPONSE: ORIENTED (5) / CONFUSED (4) / INAPPROPRIATE WORDS (3) / INCOMPREHENSIBLE SOUNDS (2) / NONE (1)
BEST MOTOR RESPONSE: OBEYS COMMAND (6) / LOCALIZES PN (5) / WITHDRAWS PN (4) / FEXION PN (3) / EXTENSION PN (2) / NONE (1)

Total: 15

### LUNG SOUNDS
| | RT | LT |
|---|---|---|
| CLEAR | [ ] | [x] |
| WHEEZES | [ ] | [ ] |
| RALES | [ ] | [ ] |
| RHONCHI | [ ] | [ ] |
| DIMINISHED | [ ] | [ ] |
| ABSENT | [x] | [ ] |

### RESP. CHARACTER
- [ ] LABORED
- [x] UNLABORED
- [ ] PAINFUL
- [ ] SHALLOW
- [ ] DEEP
- [ ] RETRACTION
- [ ] NASAL FLARING

### EVIDENCE OF TRAUMA
- [ ] CHEST
- [ ] HEAD
- [ ] ABDOMEN
- [ ] NECK
- [ ] G/U
- [x] EXTREMITIES
- [ ] PELVIS
- [ ] OTHER
- [ ] BACK SPINE

Ø major injuries

### VITALS
| TIME | TEMP | PULSE | RESP | BP | SaO2 | CURRENT MEDICATION |
|---|---|---|---|---|---|---|
| 1530 | 97° | 90 | 18 | 123/83 | 100% | see med profile |

### IV
| TIME | SOL | SITE | GAUGE | RATE |
|---|---|---|---|---|

MEDICATION ALLERGIES: NKDA (peanuts)

### O2 ADMIN
| TIME | ROUTE | RATE | SaO2 |
|---|---|---|---|

MEDICATION GIVEN IN ER: None

### SOAP NOTATIONS
**SUBJECTIVE:** (PATIENT'S STATEMENTS, HISTORY) "my celle raped me"

**OBJECTIVE:** (PHYSICAL EVALUATION) Ø major trauma noted

**ASSESSMENT:** (NURSING DIAGNOSIS) Alteration in coping 2° sexual assault

**PLAN:** (PT EDUCATION, FOLLOWUP, MD ORDERS, ETC.) to NMC for SART exam

### ABBREVIATION CODE
- Ab - Abrasion
- Amp - Amputation
- Av - Avulsion
- B - Burn
- % - Percent
- CP - Compound Frac.
- EC - Ecchymosis
- ENT - Entrance Wound
- SI - Surgical Incision
- E - Edema
- F - Closed Susp. Fracture
- H - Hematoma
- L - Laceration
- P - Petechiae
- R - Rash
- S - Scar
- Ex - Exit Wound

Body diagram notations: SNAP, sm abrasion, abrasion

PRINT NAME: Abrams
SIGNATURE: T Abrams RN/MTA/MD

### PATIENT DISPOSITION
- [ ] RETURN TO CUSTODY
- [ ] ADMIT TO INFIRMARY / HOSPITAL
- [x] TRANSPORT TO COMM HOSPITAL VIA:
  - [ ] AMBULANCE
  - [x] STATE VEHICLE
- [ ] RELEASED TO CORONER

to NMC

### PATIENT CONDITION ON DISCHARGE
- [x] STABLE
- [ ] UNSTABLE
- [ ] DECEASED
TIME: 1610

SUPERVISOR REVIEW:

CDC 7403 (04/03) EMERGENCY CARE FLOW SHEET

| DATE | TIME | NOTES |
|---|---|---|
| 12.24.06 | 1600 | Discussed ē Dr. Mullin — on phone on Sm's return — will order prophylaxis Sm to MMC for shots — No acute distress. —T. Torres |

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

CDC 7403 (04/03)  EMERGENCY CARE FLOW SHEET          Page 2