STATE OF CALIFORNIA  
COUNTY OF MONTEREY

C 07-4065 MJJ

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, **Adrienne S. Powell**, declare under penalty of perjury that: I am the **Plaintiff** in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this **24** day of **February**, 20**08**, at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) _Adrienne A. Powell_  
DECLARANT/PRISONER

---

PROOF OF SERVICE BY MAIL  
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, **Adrienne S. Powell**, am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On _____, 20____, I served the foregoing: **Opposition To Defendants Motion To Dismiss For Failure To Exhaust Administrative Remedies, Plaintiff's Declaration**

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

**Office of the Clerk, U.S. District Court, Northern District of California  
450 Golden Gate Avenue, San Francisco, California 94102**

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: **February 24**, 20**08**,     _Adrienne A. Powell_  
DECLARANT/PRISONER