FILED
MAR 3 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE S. POWELL, a.k.a. ORLANDO S. POWELL,<br><br>Plaintiff,<br><br>v.<br><br>MIKE EVANS, et al.<br><br>Defendants. | No. C 07-4065 MJJ (PR)<br><br>**ORDER DENYING MOTIONS FOR DISCOVERY AND APPOINTMENT OF COUNSEL** |

    Plaintiff, a California prisoner proceeding pro se and incarcerated at Salinas Valley State Prison ("SVSP"), filed this civil rights action under 42 U.S.C. § 1983. After a review of the complaint, the Court found plaintiff's allegations, liberally construed, stated cognizable claims against SVSP officials for a violation of his Eighth Amendment right to be free from cruel and unusual punishment.

    Plaintiff has filed a motion to compel discovery. Plaintiff's motion fails because he has not indicated what, if any efforts, he has made to confer with defendants regarding the alleged shortcomings in their discovery responses. Contrary to the requirement of Federal Rule of Civil Procedure 37(a)(2)(B), plaintiff did not include in his motion a certification that he had in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the materials without a court order. The motion to compel therefore is DENIED.

G:\PRO-SE\MJJ\CR.07\powell.dsc.wpd

Plaintiff's motion for appointment of counsel is DENIED for want of exceptional circumstances. <u>See</u> 28 U.S.C. § 1915(e)(1). The Court will reconsider this request sua sponte should circumstances necessitate the appointment of counsel, for example if a trial is necessary.

This order terminates Docket Nos. 33 & 34.

IT IS SO ORDERED.

DATED: 3/31/2008

MARTIN J. JENKINS
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ADRIENNE S POWELLS,

    Plaintiff,

v.

CALIFORNIA DEPT OF CORRECTION et al,

    Defendant.
    _____/

Case Number: CV07-04065 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adrienne S. Powell
Salinas Valley State Prison
Prisoner Id T-81990
P.O. Box 1050
Soledad, CA 93960-1050

Trace O. Maiorino
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Trace O. Maiorino
California State Attorney General's Office
Correctional Law Section
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Dated: April 2, 2008

Richard W. Wieking, Clerk
By: Monica Tutson, Deputy Clerk