FILED
08 APR 11 PM 2:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Proof of Service By Mail

I, Adrienne S. Powell, am a resident of Salinas Valley State Prison, in the County of Montery, State of California; I am over 18 years of age and am the Plaintiff of the aforemention action.

On April 08, 2008, I served the foregoing: Request for Production of Documents & First Set of Interrogatories To Defendants, on the party(ies) herein by placing a true copy(ies) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the Salinas Valley State Prison mail system.

Office of the Clerk, U.S. District Court          C 07-4065 MJJ
Northern District of California                              VRW
450 Golden Gate Avenue
San Francisco, California 94102

Office of the Attorney General
Attn: Trace O. Maiorino
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102

I declare under penalty of perjury that the forgoing is true and correct.

Adrienne S. Powell         April 08, 2008

Quenn A. Powell T-81990
Salinas Valley State Prison
P.O. Box 1050 D.8.210L
Soledad, California 93960

Legal Mail
D.O.M. 854100.6.

STATE PRISON
GENERATED MAIL

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue, Suite 11000
San Francisco, California 94102

9410 02 *3661 C004


LOUIS COMFORT TIFFANY