United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE S. POWELL,<br><br>  Plaintiff,<br><br>  v<br><br>MIKE EVANS et al.,<br><br>  Defendants. | Case No C 07-4065 VRW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on <u>May 7, 2008</u>. The results of that proceeding are indicated below:

(1)  The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒  Plaintiff

☐  Warden or warden's representative

☒  Office of the California Attorney General

☒  Other: Alan Sobel for the California Department of Corrections and Rehabilitation

1

2  (2)   The following individuals, parties, and/or representatives did not appear:

3  (3)   The outcome of the proceeding was:

4  ☐ The case has been completely settled.

5  ☐ The case has been partially resolved and, on or before

6  _____, counsel for defendants shall file a joint stipulation specifying

7  those claims which have been resolved and those that remain to be resolved by the Court.

8  ☐ The parties agree to an additional follow up settlement on

9  _____ .

10  ☒ The parties are unable to reach an agreement at this time.

11

12  Date:  5/13/08                              _____
                                                 Nandor J Vadas
13                                               United States Magistrate Judge

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

POWELL                                    No. C 07 4065 VRW

v.                                        CERTIFICATE OF SERVICE

EVANS
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   5/13/08 I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Adrienne S. Powell**
Salinas Valley State Prison
Prisoner Id T-81990
P.O. Box 1050
Soledad, CA 93960-1050


RICHARD W. WIEKING, CLERK


By:/s/_____
       Deputy Clerk

3