1  ADRIENNE POWELL
2  CDCR# T-81990
3  P.O. Box 409020
4  Ione, California 95640
5  In Pro Se

FILED

08 JUN -5 PM 1:35

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrienne Powell,<br><br>    Plaintiff,<br><br>    -v-<br><br>Mike Evans, et. al.,<br><br>    Defendants. | Case No.   C07-████4065VRW<br><br>NOTICE OF CHANGE OF ADDRESS |

I, Adrienne Powell, Plaintiff in the above entitled action, has been transfered to a different facility. The new address is:

P.O. Box 409020, 4001 Highway 104, Mule Creek State Prison, Ione, California 95640

Plaintiff makes this Judicial Notice to cause the record to reflect Plaintiff's change of address.

Respectfully Submitted,

This  3rd  Day Of  June  2008, I Hereby Set My Hand:

/s/ Adrienne Powell
    In Pro Se

1.

Adriano Powell T-81990
Mule Creek State Prison 1-203
P.O. Box 409020
Ione, California 95640

Legal Mail
P.O.M 8541006.

SACRAMENTO CA 957
04 JUN 2008 PM 5 T

United States District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
Attn: Clerk of the Court

94102$43361