IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE S POWELL, aka Orlando S Powell,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>MIKE EVANS, et al,<br><br>　　　　Defendant(s). | No C 07-4065 VRW (PR)<br><br>ORDER |

    In order to expedite the resolution of this case, the court orders that defendants file a motion for summary judgment within 90 days of this order. If defendants are of the opinion that this case cannot be resolved by summary judgment, they shall so inform the court prior to the date their motion is due.

    Plaintiff's opposition to the motion shall be filed with the court and served upon defendants no later than 30 days after defendants serve plaintiff with the motion. Defendants shall file a reply brief within 15 days of the date on which plaintiff serves them with the opposition.

    SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.07\Powell, A1.or1.wpd