1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Acting Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  TRACE O. MAIORINO, State Bar No. 179749
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5975
     Fax: (415) 703-5843
8    Email: Trace.Maiorino@doj.ca.gov

9  Attorneys for Defendants Munger, Galloway, Maciel,
   Partida, Noland, Hatton, Overstreet, Thomas, Evans,
10 and Variz[1/]

11

12            IN THE UNITED STATES DISTRICT COURT

13         FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15

| | |
|---|---|
| **ADRIENNE S. POWELL,** | C 07- 4065 VRW |
| Plaintiff, | **DEFENDANT THOMAS'S WAIVER OF REPLY;** |
| v. | **DEMAND FOR JURY TRIAL** |
| **MIKE EVANS, et al.,** | |
| Defendants. | |

21        TO ADRIENNE S. POWELL, IN PRO SE:

22        PLEASE TAKE NOTICE THAT Defendant Thomas waives his right to reply to the

23 complaint under 28 U.S.C. § 1997e(g).  That section provides that:

24            (1)  Any defendant may waive the right to reply to any action
             brought by a prisoner confined in any jail, prison, or other
25           correctional facility under section 1983 of this title or any other

26 _____

27        1.  To the best knowledge of the Attorney General's Office, Defendants Dansby, Powell, and
   Mendoza have not been served with a summons or complaint in this action.  No appearance is made
28 on behalf of Defendants Dansby, Powell, and Mendoza.

Def. Thomas's Waiver Reply & Demand Jury Trial                          *A. Powell v. M. Evans, et al.*
                                                                          C 07- 4065 VRW

1    Federal law.  Notwithstanding any other law or rule of procedure,
such waiver shall not constitute an admission of the allegations
2    contained in the complaint.  No relief shall be granted to the
plaintiff unless a reply has been filed.
3
(2)  The court may require any defendant to reply to a complaint brought under
4    this section if it finds that the plaintiff has a reasonable opportunity to prevail on
the merits.
5    *Id.*

6    In addition, Defendant demands a trial by jury in this case.

7    Dated:  July 30, 2008

8    Respectfully submitted,

9    EDMUND G. BROWN JR.
Attorney General of the State of California

10    DAVID S. CHANEY
Chief Assistant Attorney General

11    ROCHELLE C. EAST
Acting Senior Assistant Attorney General
12
THOMAS S. PATTERSON
13    Supervising Deputy Attorney General

14

15

16    TRACE O. MAIORINO
Deputy Attorney General
17    Attorneys for Defendants Munger, Galloway, Maciel, Partida,
Noland, Hatton, Overstreet, Thomas, Evans, and Variz
18

19

20

21

22

23

24

25

26

27

28

Def. Thomas's Waiver Reply & Demand Jury Trial                    *A. Powell v. M. Evans, et al.*
                                                                  C 07- 4065 VRW

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **A. Powell v. M. Evans, et al.**

No.:    **C 07- 4065 VRW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>July 30, 2008,</u> I served the attached

### DEFENDANT THOMAS'S WAIVER OF REPLY;
### DEMAND FOR JURY TRIAL

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Adrienne S. Powell (aka Orlando), T-81990**
**Mule Creek State Prison**
**P.O. Box 409099**
**Ione, CA 95640**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 30, 2008, at San Francisco, California.

| T. Oakes | */s/ T. Oakes* |
|----------|----------------|
| Declarant | Signature |

20129363.wpd