IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADRIENNE S POWELL,                          No C 07-4065 VRW (PR)

                 Plaintiff,                 ORDER REFERRING CASE TO PRO SE
                                            PRISONER MEDIATION PROGRAM;
        v                                   STAYING CASE; INSTRUCTIONS TO
                                            CLERK
MIKE EVANS, et al,

                 Defendants.
_____/

        On August 8, 2007, plaintiff, a preoperative transgender

prisoner at Salinas Valley State Prison ("SVSP"), filed a pro se

civil rights complaint under 42 USC § 1983 alleging that she was

physically and sexually assaulted by other prisoners on account of

her sexual orientation and feminine appearance on more than one

occasion, despite voicing concerns for her safety to prison

officials.[1]  Doc #1.

        On September 27, 2007, the court (Jenkins, J) found that,

_____

        [1] The events that give rise to the present litigation took place
at SVSP; plaintiff presently is housed at Mule Creek State Prison in
Ione (Amador County), California.  See Doc #78.

1  when liberally construed, plaintiff's allegations stated a

2  cognizable claim for deliberate indifference to her safety under §

3  1983 and ordered the United States Marshal to serve the named

4  defendants.  Doc #7.

5            On November 8, 2007, the court referred the matter to

6  Magistrate Judge Vadas for mediation proceedings pursuant to the

7  court's Pro Se Prisoner Mediation Program.  Doc #13.  But after

8  defendants informed the mediator that they wished to file a motion

9  to dismiss under Rule 12(b) of the Federal Rules of Civil Procedure

10 for failure to exhaust available administrative remedies under 42

11 USC § 1997e(a), the court stayed mediation proceedings and ordered

12 defendants to file the motion.  Doc #31.

13           On January 28, 2008, defendants filed their motion to

14 dismiss, Doc #26, which the court denied.  Doc #44.

15           On April 7, 2008, the case was reassigned to the

16 undersigned.  Doc #43.  On April 14, 2008, the court again referred

17 the matter to Magistrate Judge Vadas for mediation proceedings, but

18 the parties were unable to settle.  Doc ## 44 & 46.

19           On November 12, 2008, all but one defendant filed a motion

20 for summary judgment and a motion to dismiss wherein defendants

21 repeated their previously rejected argument that plaintiff failed to

22 exhaust available administrative remedies.  Doc #62.  On January 16,

23 2009, the remaining defendant (Mendoza) joined in both motions.  Doc

24 #73.

25           On September 30, 2009, the court granted the motion for

26 summary judgment as to defendants Evans, Hatton, Overstreet, Partida

27 and Variz but denied the motion as to defendants Mendoza, Noland,

28

2

Galloway, Thomas, Maciel and Munger.  The court also dismissed Powell and Dansby as defendants.  Doc #79.

Good cause appearing, the instant case will be referred to Magistrate Judge Vadas for mediation proceedings pursuant to the Pro Se Prisoner Mediation Program.  The proceedings will consist of one or more conferences as determined by the mediator.  The proceedings shall take place within ninety (90) days of the date this order is filed.  Magistrate Judge Vadas shall coordinate a time and date for the mediation proceedings with all interested parties and/or their representatives and, within ten (10) days after the conclusion of the mediation proceedings, file with the court a report for the prisoner mediation proceedings.

For the foregoing reasons and for good cause shown,

1.    The clerk shall mail a copy of the court file, including a copy of this order, to Magistrate Judge Vadas in Eureka, California.

2.    Proceedings in this matter are hereby STAYED until further order of the court, if necessary, following completion of the mediation proceedings outlined above.

IT IS SO ORDERED.

_____
**VAUGHN R WALKER**
**United States District Chief Judge**

G:\PRO-SE\VRW\CR.07\Powell-07-4065.refer to vadas post msj.wpd

3