IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| **ADRIENNE S. POWELL,** | C 07-4065 VRW |
|---|---|
| Plaintiff, | **ORDER &** |
| v. | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF** |
| **MIKE EVANS, et al.,** | **ORLANDO POWELL, AKA ADRIENNE POWELL, CDCR** |
| Defendants. | **No. T-81990** |

Plaintiff, ORLANDO POWELL, AKA ADRIENNE POWELL, CDCR No. T-81990, a necessary and material witness in proceedings in this case beginning on **April 13, 2010**, at 9:00 a.m., is confined at Mule Creek State Prison, Ione, CA, in the custody of the Warden. In order to secure this inmate's attendance at the settlement conference scheduled for **April 13, 2010** at California State Prison, Solano, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of ORLANDO POWELL, AKA ADRIENNE POWELL, CDCR No. T-81990, to produce him at California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95687, the Honorable Nandor Vadas presiding, beginning on **April 13, 2010** at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court,

1 | commanding the Warden of Mule Creek State Prison and the California Department of
2 | Corrections and Rehabilitation to produce inmate ORLANDO POWELL, AKA ADRIENNE
3 | POWELL, CDCR No. T-81990, for a settlement conference at California State Prison, Solano, at
4 | the time and place above, until completion of the proceedings or as ordered by the Court, and
5 | thereafter to return the inmate to Mule Creek State Prison.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Warden of Mule Creek State Prison,

YOU ARE COMMANDED to produce inmate ORLANDO POWELL, AKA ADRIENNE POWELL, CDCR No. T-81990, for a settlement conference at California State Prison, Solano at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to Mule Creek State Prison.

FURTHER, you have been ordered to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: March 2, 2010



IT IS SO ORDERED
Judge Nandor J. Vadas

Order & Writ of Habeas Corpus Ad Testificandum Transport Inmate Powell  *Powell v. Evans, et al.*
C-07-4065