**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE POWELL,<br><br>    Plaintiff,<br><br>        v<br><br>MIKE EVANS, et al.,<br><br>    Defendants. | Case No C 07-4065 VRW (NJV)<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on April 28, 2010. The results of that proceeding are indicated below:

(1)  The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒  Plaintiff, Adrienne Powell by telephone

☐  Warden or warden's representative

☒  Office of the California Attorney General, Trace Maiorino

☒  Other: California Department of Corrections and Rehabilitation, Suzanne Pyne

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☒ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date: 5/11/10

_____
Nandor J Vadas
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Powell | No. C 07-4065 VRW (NJV) |
| v. | CERTIFICATE OF SERVICE |
| Evans _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/11/10, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Adrienne S. Powell**
T-81990
Mule Creek State Prison
A-3 -145
P.O. Box 409020
Ione, CA 95640

RICHARD W. WIEKING, CLERK

By:/s/_____
        Deputy Clerk

3