IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADRIENNE S. POWELL,<br><br>Plaintiff,<br><br>v.<br><br>MIKE EVANS, et al.,<br><br>Defendants. | C 07- 4065 VRW<br><br>[~~Proposed~~] ORDER |

Following an April 28, 2010 mediation with the Honorable Magistrate Judge Nandor Vadas, the parties agree as follows:

1. Plaintiff Adrienne S. Powell, aka Orlando Powell, (Plaintiff) filed his complaint in this action on August 8, 2007, and the Court ordered service on September 27, 2007. (Ct. Docket Nos. 1, 7.) Powell's California Department of Corrections and Rehabilitation (CDCR) identification number is T-81990.

2. In his complaint, Powell alleged under 42 U.S.C. § 1983, that Defendants Galloway, Thomas, Maciel, Munger, Mendoza, and Noland were deliberately indifferent to his safety in violation of his Eighth Amendment rights. Powell, a preoperative transgender inmate, alleged that he was physically and sexually assaulted on account of his sexual orientation and feminine

1  appearance by another inmate. The Court found Powell's Complaint stated a cognizable claim of
2  deliberate indifference to Powell's safety in violation of his Eighth Amendment rights.

3      3.    The Court referred this matter to Magistrate Judge Vadas for mediation. (Ct. Docket
4  No. 29.) The parties mediated this matter before Magistrate Judge Vadas and reached a full and
5  final settlement of this action. The parties fully resolved all matters which were or could have
6  been asserted in this action and a settlement agreement was fully executed between the parties on
7  April 29, 2010. Under the agreement, CDCR has up to 180 days from April 29, 2010 to issue the
8  settlement payment check. The parties have stipulated to the voluntary dismissal with prejudice
9  of the above-captioned action under Federal Rule of Civil Procedure 41(a).

10  IT IS SO STIPULATED.

12  Dated: July 27, 2010

    Adrienne S. Powell, aka Orlando Powell
    Plaintiff

15  Dated: July 27, 2010

    TRACE O. MAIORINO
    Deputy Attorney General
    Attorneys for Defendants Galloway, Thomas, Maciel,
    Munger, Mendoza, and Noland

19  IT IS HEREBY ORDERED

20  The parties reached a settlement at the Court-ordered mediation with Magistrate Judge
21  Vadas. Based on the settlement reached, this case shall be dismissed with prejudice.
22  IT IS SO ORDERED.

24  Dated: _____

    THE HONORABLE VAUGHN R. WALKER
    UNITED STATES DISTRICT CHIEF JUDGE

1  appearance by another inmate. The Court found Powell's Complaint stated a cognizable claim of
2  deliberate indifference to Powell's safety in violation of his Eighth Amendment rights.
3      3.   The Court referred this matter to Magistrate Judge Vadas for mediation. (Ct. Docket
4  No. 29.) The parties mediated this matter before Magistrate Judge Vadas and reached a full and
5  final settlement of this action. The parties fully resolved all matters which were or could have
6  been asserted in this action and a settlement agreement was fully executed between the parties on
7  April 29, 2010. Under the agreement, CDCR has up to 180 days from April 29, 2010 to issue the
8  settlement payment check. The parties have stipulated to the voluntary dismissal with prejudice
9  of the above-captioned action under Federal Rule of Civil Procedure 41(a).
10 IT IS SO STIPULATED.

Dated: July 27, 2010

_____
Adrienne S. Powell, aka Orlando Powell
Plaintiff

Dated: July 27, 2010

_____
TRACE O. MAJORINO
Deputy Attorney General
Attorneys for Defendants Galloway, Thomas, Maciel,
Munger, Mendoza, and Noland

IT IS HEREBY ORDERED

The parties reached a settlement at the Court-ordered mediation with Magistrate Judge Vadas. Based on the settlement reached, this case shall be dismissed with prejudice.

IT IS SO ORDERED.

Dated: 8/12/2010

THE HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT CHIEF JUDGE

IT IS SO ORDERED
Judge Vaughn R Walker

2

[Proposed] Order (C 07- 4065 VRW)

# CERTIFICATE OF SERVICE

Case Name:   **A. Powell v. M. Evans, et al.**      No.   **C 07-4065 VRW**

I hereby certify that on **July 27, 2010**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### (Proposed) ORDER

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On **July 27, 2010**, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Adrienne S. Powell (aka Orlando), T-81990**
**Mule Creek State Prison**
**P.O. Box 409099**
**Ione, CA  95640**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 27, 2010**, at San Francisco, California.

| D. Criswell | *[signature]* |
|---|---|
| Declarant | Signature |

20316616.doc